| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Prime Metals & Alloys, Inc.** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **25-1801984** |
| 4. | **Debtor's address** | **Principal place of business**<br>**101 Innovation Drive**<br>**Homer City, PA 15748-7433**<br>Number, Street, City, State & ZIP Code<br><br>**Indiana**<br>County | **Mailing address, if different from principal place of business**<br>**P.O. Box 194**<br>**Lucernemines, PA 15754-0194**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **http://www.primemetals.net/** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Prime Metals & Alloys, Inc.**    Case number (*if known*) _____
             Name

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Prime Metals & Alloys, Inc.** _____ Case number (*if known*) _____
    Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency  _____
        Contact name   _____
        Phone   _____

---

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
|---|---|---|

| 14. | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>■ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor  **Prime Metals & Alloys, Inc.**_____  Case number (*if known*)_____
Name

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 2, 2017**
             MM / DD / YYYY

X  **/s/ Richard Knupp**_____  **Richard Knupp**_____
   Signature of authorized representative of debtor    Printed name

Title  **President**_____

**18. Signature of attorney**

X  **/s/ Kirk B. Burkley**_____  Date  **March 2, 2017**
   Signature of attorney for debtor                       MM / DD / YYYY

**Kirk B. Burkley**
Printed name

**Bernstein-Burkley, P.C.**
Firm name

**Suite 2200 Gulf Tower**
**707 Grant Street**
**Pittsburgh, PA 15219**
Number, Street, City, State & ZIP Code

Contact phone  **(412) 456-8100**     Email address _____

**89511**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Prime Metals & Alloys, Inc.**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF PENNSYLVANIA**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Chestnut Ridge Metals Trading LLC 210 Huckleberry Road Indiana, PA 15701 | | Trade debt | | | | $413,277.92 |
| Eastham Forge, Inc. 1050 Neches Street Beaumont, TX 77701 | | Trade debt | | | | $336,282.04 |
| WGL Energy Services P.O. Box 24475 Cleveland, OH 44124 | | Utility | | | | $262,804.86 |
| Resco Products, Inc. PO Box 62701 Baltimore, MD 21264-2701 | | Trade debt | | | | $252,687.71 |
| Praxair Gas PO Box 91385 Chicago, IL 60693-1385 | | Utility | | | | $195,568.77 |
| Magnesita PO Box 62259 Baltimore, MD 21264 | | Trade debt | | | | $191,556.93 |
| Kalumetals, Inc. PO Box 455 Latrobe, PA 15650 | | Trade debt | | | | $160,142.82 |
| Constellation NewEnergy, Inc. 14217 Collections Center Drive Chicago, IL 60693-0142 | | Utility - electric | | | | $160,036.46 |
| Ametek LXBX 7455 PO Box 8500 Philadelphia, PA 19178-7455 | | Trade debt | | | | $132,233.55 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Prime Metals & Alloys, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Curry & Kepple, Inc.** 126 10 School Road New Alexandria, PA 15670 | | **Trade debt** | | | | $127,288.66 |
| **Anderson Electric** 1138 Gompers Avenue Indiana, PA 15701 | | **Trade debt** | | | | $125,016.60 |
| **Krosaki Magnesita Refractories, LLC** 425 South Salem Church Road York, PA 17408 | | **Trade debt** | | | | $118,754.31 |
| **AMG Resources** PO Box 641321 Pittsburgh, PA 15264 | | **Trade debt** | | | | $94,202.73 |
| **Exelos** 139 S. Pennsylvania Avenue Greensburg, PA 15601 | | **Utility** | | | | $74,994.18 |
| **Custom Alloy Corporation** 8226 Solutions Center Chicago, IL 60677-8022 | | **Trade debt** | | | | $72,672.61 |
| **Dominion Retail - Gas Accounting** PO Box 6090 Glen Allen, VA 23058-6090 | | **Utility - gas** | | | | $67,960.52 |
| **United Healthcare** US Bank Ops Center Saint Louis, MO 63101 | | **Trade debt** | | | | $61,780.31 |
| **Zenar Corporation** 7301 South Sixth Street Oak Creek, WI 53154 | | **Trade debt** | | | | $60,056.99 |
| **Homer City School District** Monica L. Jones, Tax Collector 31 Tillio Lane Homer City, PA 15748 | | **Taxes** | | | | $59,288.84 |
| **Wilkoff & Sons LLC** 2700 East 47th Street Cleveland, OH 44104 | | **Trade debt** | | | | $57,241.57 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Pennsylvania

In re    **Prime Metals & Alloys, Inc.**                                           Case No.
                                    Debtor(s)                                       Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Prime Metals & Alloys, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **March  2, 2017** | **/s/ Kirk B. Burkley** |
| Date | **Kirk B. Burkley 89511** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Prime Metals & Alloys, Inc.** |
| | **Bernstein-Burkley, P.C.** |
| | **Suite 2200 Gulf Tower** |
| | **707 Grant Street** |
| | **Pittsburgh, PA 15219** |
| | **(412) 456-8100 Fax:(412) 456-8135** |